UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIKAS WSP LIMITED, | § § | |
| *Plaintiff*, | § § | |
| vs. | § § | |
| | § | No. 4:13-CV-03426 |
| ECONOMY MUD PRODUCTS COMPANY, | § § § | (JURY DEMANDED) |
| | § | |
| *Defendant*. | § § | |

**ORDER GRANTING APPLICATION FOR ISSUANCE OF
LETTER OF REQUEST UNDER THE HAGUE EVIDENCE CONVENTION**

Upon consideration of Plaintiff's Application for Issuance of Letter of Request Under the Hague Evidence Convention ("Application") and any responses thereto; and this Court having found good cause for the issuance of the Letter of Request in the above-captioned proceeding:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Application is granted. This Court will affix the seal of the United States District Court for the Southern District of Texas over said signature and the Clerk of the United States District Court for the Southern District of Texas is directed to return the signed original Letter of Request to Scott Ellis at Gardere Wynne Sewell, LLP, 1000 Louisiana, Suite 2000, Houston, Texas 77002, so that the Letter of Request may be issued to the judicial authority in India.

2. Plaintiff is directed to forward to the Central Authority of India the original Letter of Request, attached as Exhibit A to the Application, bearing the signature of Judge Lynn N. Hughes.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. All parties' rights are reserved to request or oppose additional discovery and/or examination in connection with this matter.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____

                                                                                                        _____
                                                                                                        Lynn N. Hughes
                                                                                                        United States District Judge