UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Vikas WSP Limited, § § § Plaintiff, § § versus § § Economy Mud Products Company, et al., § § Defendants. § | Civil Action H-13-3426 |

## Order Allowing Letters Rogatory

1. This court will affix the seal of the United States District Court for the Southern District of Texas over the Clerk's signature.

2. The Clerk will return the original Letter of Request so it may be delivered to the judicial authority in the Republic of India. It will be delivered to:

    Scott Ellis
    Gardere Wynne Sewell, LLP
    1000 Louisiana, Suite 2000
    Houston, Texas 77002

2. Economy Mud Products is directed to forward to the Central Authority of India the original Letter of Request, Exhibit A attached to the Application, bearing the signature of Judge Lynn N. Hughes.

3. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. The parties may request or oppose additional discovery or examination in connection with this matter.

5.  This Court retains domestic jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Signed on November 16, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge