| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2017
David J. Bradley, Clerk

Vikas WSP Limited, §
§
　　　　Plaintiff, §
§
versus §　　　　Civil Action H-13-3426
§
Economy Mud Products Company, et al., §
§
　　　　Defendants. §

# Letters Rogatory

1. *Background.*

   The United States District Court for the Southern District of Texas presents its greetings to the judicial authorities of the Indian Ministry of Law and Justice Department of Legal Affairs and requests its assistance in this civil case.

   This action is pending in the United States District Court for the Southern District of Texas, between Vikas WSP Limited, Economy Mud Products Company, and N.M. Argo Food Products Pvt. LTD.

2. *Proceedings Requested.*

   Vikas has sought to depose Mr. Manoj Gupta, Director of N.M. Argo Food Products Pvt. LTD., about a settlement agreement on December 24, 2014 among it, Economy Mud Products, and N.M. Argo Food Products Pvt. LTD. Vikas would be entitled to take Mr. Gupta's deposition if he were within this court's jurisdiction; however, letters rogatory are necessary in the interest of justice to enable this court to enforce the judgment before it.

   The United States District Court requests that the Indian Ministry of Law and Justice Department of Legal Affairs or judicial authority be designated to execute these letters rogatory by deposing Mr. Gupta, under oath about the settlement, at a time and place fixed by you.

This court also requests that the Indian Ministry of Law and Justice Department of Legal Affairs appoint an official court reporter in the Republic of India. Please ask that the court reporter authenticate the deposition and mail it to:

> David Bradley, Clerk of Court
> United States District Court for the Southern District of Texas
> United States Court House
> 515 Rusk Avenue
> Houston, Texas 77002
> United States of America

This court is ready to extend these or other courtesies to the Republic of India.

Signed on November 16, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge